**No. 09-1342. Jeri-Ann Sherry, Warden, Petitioner v. William Johnson.**

562 U.S. 946, 131 S. Ct. 87, 178 L. Ed. 2d 242, 2010 U.S. LEXIS 7762.

October 4, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 586 F.3d 439.

**No. 09-1359. Rikard Krasniqi, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 947, 131 S. Ct. 92, 178 L. Ed. 2d 242, 2010 U.S. LEXIS 7732.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 355 Fed. Appx. 577.

**No. 09-1377. Ohio, Petitioner v. Antwaun Smith.**

562 U.S. 947, 131 S. Ct. 102, 178 L. Ed. 2d 242, 2010 U.S. LEXIS 7655.

October 4, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 124 Ohio St. 3d 163, 920 N.E.2d 949.

**No. 09-1416. Charles D. Gianetti, Petitioner v. Blue Cross and Blue Shield of Connecticut, et al.**

562 U.S. 947, 131 S. Ct. 121, 178 L. Ed. 2d 242, 2010 U.S. LEXIS 7766.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 351 Fed. Appx. 520.

**No. 09-1425. New York, Petitioner v. Darrell Williams, et al.**

562 U.S. 947, 131 S. Ct. 125, 178 L. Ed. 2d 242, 2010 U.S. LEXIS 7730.

October 4, 2010. Motion of respondents for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 14 N.Y.3d 198, 899 N.Y.S.2d 76, 925 N.E.2d 878.